IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THADDEUS L. JARVIS**                                            **PLAINTIFF**

v.                                                                           No. 4:23-cv-00042-DMB-DAS

**NATHIAL BURL CAIN, et al.**                                         **DEFENDANTS**

**ORDER REQUIRING PLAINTIFF TO SUBMIT
AMENDED COMPLAINT USING THE ENCLOSED
STANDARD FORM WITHIN 21 DAYS**

Thaddeus L. Jarvis originally filed this civil rights action under 42 U.S.C. § 1983 in the Southern District of Mississippi. Doc. # 1. The matter was then transferred to this District on February 23, 2023. *See* Doc. # 7. As the case was originally filed in another district, Plaintiff did not use the court's standard form for such actions. The court uses these forms for the expeditious administration of § 1983 cases. As such, the plaintiff must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 28th day of February, 2023.

                                                                /s/ David A. Sanders
                                                                **DAVID A. SANDERS**
                                                                **UNITED STATES MAGISTRATE JUDGE**